1
2
3
4                    UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6
7    CARL A.R. HITLER,                    Case No. 20-cv-06824-WHO (PR)
     aka CARL RENOWITZKY,
8                                         **ORDER OF DISMISSAL**
              Plaintiff,
9
           v.
10
     SASOON PALINI, et al.,
11
              Defendants.
12
13        After plaintiff filed a complaint, the Clerk sent him a notice directing him to pay the

14   filing fee or file an application to proceed *in forma pauperis* (IFP).  Plaintiff has not

15   complied with the Clerk's Notice.  Accordingly, the action is DISMISSED (without

16   prejudice) for failing to comply with the Clerk's Notice and for failing to prosecute, *see*

17   Federal Rule of Civil Procedure 41(b).

18        Because this dismissal is without prejudice, plaintiff may move to reopen.  Any

19   such motion must contain a complete application to proceed IFP, or full payment for the

20   $400.00 filing fee.

21        All pending motions are DENIED.  The Clerk shall terminate all pending motions,

22   enter judgment in favor of defendants and close the file.

23        **IT IS SO ORDERED.**

24   **Dated:**  November 30, 2020

25   

26                                        WILLIAM H. ORRICK
                                          United States District Judge
27
28

United States District Court
Northern District of California